**H. Lee Cook**, OSB 861724
lee@leecooklaw.com
H. LEE COOK LAW, LLC.
4207 SE Woodstock Blvd, Suite 423
Portland, Oregon  97206
Telephone: 503.719.4529
Facsimile: 503.954.2512
Attorneys for Plaintiff
Great American Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation. | No.: 3:18-cv-01381 BR |
| Plaintiff, | FINAL JUDGMENT BY STIPULATION |
| v. | |
| NORBERTO MENDOZA, an Oregon individual; OLGA GOMEZ, an Oregon individual; LOBEL FINANCIAL CORPORATION, a California corporation; OREGON COMMUNITY CREDIT UNION, an Oregon credit union; CROSS POINT NW, INC. an Oregon corporation; and DOES 1-30, | |
| Defendants. | |

This matter came before the Court on stipulation of the parties appearing herein, and

H. Lee Cook Law, LLC

4207 SE Woodstock Blvd, Suite 423
Portland, Oregon  97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

Plaintiff Great American Insurance Company ("GAIC") appearing by and through its

attorney H. Lee Cook, Defendant Norberto Mendoza appearing by and through his attorney

Young Walgenkim, Defendant Olga Gomez appearing by and through her attorney Jeremiah

Ross, Oregon Community Credit Union appearing by and through its attorney Scott Mitchell

and Crosspoint NW, Inc. appearing by and through its attorney Michael Kavanaugh, and

Defendant Lobel Financial Corporation dismissing its claims on the bond with prejudice, and

the Does having been defaulted after being served by publication for four weeks, concluding

on November 9, 2018, with no additional claims asserted, and the court having reviewed the

files and records herein and the stipulation of the parties hereto, and being otherwise fully

advised in the premises, finds, as follows:

GAIC posted on behalf of New Generation Motorz its Oregon Motor Vehicle Dealer

Bond ("Bond") No. E121482 at all times subject to and limited by ORS 822.030 et. seq. in

the penal sum of $40,000 payable unto the State of Oregon, as Obligee, originally effective

November 3, 2016. Payment of the bond proceeds to non-consumer claimants is limited by

ORS 822.030(3) to $20,000.  The claims upon the Bond exceed the penal limit of the Bond.

GAIC contends in this action that it is entitled to an Judgment allowing it to

interplead the proceeds of Bond No. E121482 available to all claimants, $40,000.00, and that

upon interpleader and payment of the funds, GAIC shall be discharged from all claims that

were or could have been made, that the claimants to the bond shall satisfy their claims and

judgments out of the proceeds of the bond so interpled and paid into the registry of this court.

GAIC, upon payment as provided, shall be fully exonerated and discharged with

respect to all obligations and liabilities as surety under the bond and all claimants,

Page 2–   FINAL JUDGMENT BY STIPULATION

and each of them, shall be enjoined and restrained from making any claims against GAIC and from filing or prosecuting any lawsuit on the bond, except in this interpleader suit.

The following Defendants who have appeared in this matter suffered losses in the following amounts, as a result of New Generation Motorz' fraud, breach of the underlying transactions between each of the below listed Defendants and New Generation Motorz, and the acts and omissions of New Generation Motorz, in the amounts indicated below:

1. **Norberto Mendoza**                 $ 21,388.00

2. **Olga Gomez**                       $  3,372.00

3. **Oregon Community Credit Union**    $  3,880.00

4. **Cross Point NW, Inc.**             $ 10,880.00

   **Total:**                           $ 39,520.00

The Defendants and parties to this stipulation, have agreed to the following pro rata distribution of the Bond proceeds, $40,000.00, and have agreed that the Clerk of Court should distribute the amounts detailed below by checks to the addresses provided and payable as noted below.  The distribution of the Bond proceeds as agreed by the parties and to which the parties have stipulated, is just and appropriate, under the circumstances, as follows:

**Judgment Creditors:**                               **Amount:**

1. **Norberto Mendoza**                               **$ 21,388.00**

   **PAYABLE TO:**          **"Hanson & Walgenkim Client Trust Account"**
                            **C/O Young Walgenkim**
                            **Hanson & Walgenkim, LLC**
                            **838 Commercial Street NE**
                            **Salem, OR 97301**

H. Lee Cook Law, LLC

4207 SE Woodstock Blvd, Suite 423
Portland, Oregon  97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

2. **Olga Gomez**                                                   $ 3,372.00

    PAYABLE TO:    "Ross Law Client Trust Account"
    C/O Jeremiah Ross
    Ross Law, LLC
    1207 SW 6th Avenue
    Portland, OR 97204

3. **Oregon Community Credit Union**                   $ 3,880.00

    PAYABLE TO:    "Oregon Community Credit Union"
    C/O Scott Mitchell
    Monson Law Office
    1865 NW 169th Place, Suite 208
    Beaverton, OR 97006

4. **Cross Point NW, Inc.**

    PAYABLE TO:    "Cross Point NW, Inc."  $ 10,880.00
    C/O Michael J. Kavanaugh
    5530 SE Center St.
    Portland, OR 97206

5. **Great American Insurance Company**

    PAYABLE TO:    "Great American Insurance Co."  $480.00
    C/O H. Lee Cook, OSB #861724
    4207 SE Woodstock Blvd., Ste. 423
    Portland, OR 97206

    **Total:**                                             $40,000.00

IT IS FURTHER ORDERED AND ADJUDGED that GAIC shall be fully exonerated

and discharged with respect to all of its obligations and liabilities as surety under the Bond

and all claimants, and each of them, known or unknown, shall be enjoined and restrained

///

H. Lee Cook Law, LLC

4207 SE Woodstock Blvd, Suite 423
Portland, Oregon 97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

from making any claims against GAIC and from filing or prosecuting any lawsuit on the

bond, except in this interpleader suit.

DATED this __13th__ day of December, 2018.


_____
ANNA J. BROWN
United States Senior District Judge



**IT IS SO STIPULATED:**

/s/ H. Lee Cook_____          Dated _December 11, 2018
H. Lee Cook, OSB # 861724
Of Attorneys for Plaintiff
Great American Insurance Company



/s/ Young Walgenkim_____          Dated  December 11, 2018_____
Young Walgenkim, OSB # 124900
Attorney for Mendoza



/s/ Jeremiah V. Ross_____          Dated _December 11, 2018_____
Jeremiah V. Ross, OSB # 105980
Attorney for Gomez



/s/ Scott Mitchell_____
Scott Mitchell, OSB # 114644          Dated_December  11, 1018_____
Attorney for Oregon Community Credit Union

H. Lee Cook Law, LLC

4207 SE Woodstock Blvd, Suite 423
Portland, Oregon  97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

1   <u>/s/ Michael Kavanaugh</u>          Dated December 11, 2018_____
    Michael Kavanaugh, OSB # 75057
2   Attorney for Cross Point NW, Inc.

3

4   **SUBMITTED BY:**

5   H. Lee Cook, OSB # 861724
    H. Lee Cook Law, LLC
6   4207 SE Woodstock Blvd., Ste. 423
    Portland, OR 97206
7   (503) 719-4529
    Email:  <u>lee@leecooklaw.com</u>
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 6–   FINAL JUDGMENT BY STIPULATION

**H. Lee Cook Law, LLC**

4207 SE Woodstock Blvd, Suite 423
Portland, Oregon  97206
Telephone: 503.719.4529
Facsimile: 503.954.2512