IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

| | |
|---|---|
| GREAT AMERCIAN INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORBERTO MENDOZA; OLGA GOMEZ; LOBEL FINANCIAL CORPORATION, a California corporation; OREGON COMMUNITY CREDIT UNION, an Oregon credit union; CROSS POINT NW, INC., an Oregon corporation; and DOES 1-30,<br><br>　　　　　Defendants. | 3:18-CV-01381-BR<br><br>ORDER TO WITHDRAW and DISBURSE FUNDS<br>(Treasury Registry Funds) |

BROWN, Senior Judge.

　　On December 6, 2018, the Court granted Plaintiff's Motion (#34) to Deposit Interpleader Funds with the Clerk of Court. The Court directed the interpleader funds to be deposited in an interest-bearing account pursuant to LR 67-1(c)(2). On December 7, 2018, Plaintiff tendered $40,000 to the Clerk of Court.

　　On December 11, 2018, the parties submitted a Stipulated Judgment for resolution of this case, including a proposed order to disburse the funds deposited with the Clerk of Court.

1 - **ORDER TO WITHDRAW AND DISBURSE FUNDS**

Inasmuch as there is insufficient time to transfer the funds into an interest-bearing account based on the parties request to now disburse such funds, the Court **DIRECTS** the funds deposited with the Clerk of Court on December 7, 2018, to remain in the Treasury Registry Fund, to not be deposited in an interest-bearing account, and to not assess or deduct any CRIS fees for the management of investments funds.  The Court's previous Order (#37) is, accordingly, vacated in that regard only.

Pursuant to the Stipulated Judgment signed by the Court on December     , 2018, the Court **DIRECTS** the funds in the amount of $40,000 that are now being held in the Treasury Registry Fund be withdrawn and disbursed as follows:

1. Norberto Mendoza                             Amount: $21,388.00

   PAYABLE TO:    "Hanson & Walgenkim Client Trust Account"
                  C/O Young Walgenkim
                  Hanson & Walgenkim, LLC
                  838 Commercial Street NE
                  Salem, OR 97301

2. Olga Gomez                                   Amount: $3,372.00

   PAYABLE TO:    "Ross Law Client Trust Account"
                  C/O Jeremiah Ross
                  Ross Law, LLC
                  1207 SW 6th Avenue
                  Portland, OR 97204

3.  Oregon Community Credit Union    Amount:  $ 3,880.00

    PAYABLE TO:   "Oregon Community Credit Union"
                  C/O Scott Mitchell
                  Monson Law Office
                  1865 NW 169th Place, Suite 208
                  Beaverton, OR 97006

4.  Cross Point NW, Inc.              Amount: $10,880.00

    PAYABLE TO:   "Cross Point NW, Inc."
                  C/O Michael J. Kavanaugh
                  5530 SE Center St.
                  Portland, OR 97206

5.  Great American Insurance Co."     Amount   $480.00

    PAYABLE TO:   Great American Insurance Co.
                  C/O H. Lee Cook
                  4207 SE Woodstock Blvd., Ste 423
                  Portland, OR  97206

TOTAL:                                          $40,000.00

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to Local Rule 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this Order personally to the parties concerned to confirm that any action

required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED

DATED this 13th day of December, 2018.

*[signature]*
_____
ANNA J. BROWN
United States Senior District Judge

========================================================================
**For Court Use Only**

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

*[signature: Renee Martin]*
_____
By: Financial Administrator

4 – **ORDER TO WITHDRAW AND DISBURSE FUNDS**